# United States Court of Appeals
## For the First Circuit

No. 21-1517

IN RE: ZOFRAN (ONDANSETRON) PRODUCTS LIABILITY LITIGATION

HEATHER PERHAM, et al.,

Plaintiffs, Appellants,

v.

GLAXOSMITHKLINE LLC,

Defendant, Appellee,

SUN PHARMACEUTICAL INDUSTRIES LTD.; SANDOZ, INC.; PROVIDENCE HEALTH SYSTEM; NOVARTIS PHARMACEUTICALS CORP.; MCKESSON CORPORATION; DOES 1 through 100, inclusive, TEVA PHARMACEUTICAL USA; GLAXOSMITHKLINE HOLDINGS (AMERICAS) INC.,

Defendants.

**ERRATA SHEET**

The opinion of this Court issued on January 9, 2022, is amended as follows:

On page 3, line 24, "U.S.C.A." is replaced with "U.S.C."